# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

147003(23)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

U.S. BANK, N.A.,
      Plaintiff-Appellee,

v

SC: 147003
COA: 310318
Wayne CC: 11-014486-AV

ROBERT HILLS,
      Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's September 3, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118